THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, Respondent.

*People ex rel. N. Y. Central R. R. Co. v. Public Service Comm.*, 173 App. Div. 407, affirmed.

(Argued October 10, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 14, 1916, which confirmed, on certiorari, a determination of the defendant directing the relator to construct, maintain and operate a certain side track and coalpit on its right of way.

*Daniel M. Beach* for appellant.

*Ledyard P. Hale* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.